No. 90–1820.  SPEAR v. ROCKWELL INTERNATIONAL CORP. ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 90–1823.  WATSON v. UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 90–1847.  CAMOSCIO v. HODDER ET AL.  C. A. 1st Cir. Certiorari denied.

No. 90–1867.  CLAY v. EXCHANGE MUTUAL INSURANCE CO. Ct. App. Tenn.  Certiorari denied.

No. 90–5181.  WHITNEY v. MISSISSIPPI.  Sup. Ct. Miss.  Certiorari denied.

No. 90–5426.  SAWYERS v. UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 90–6221.  BEDONIE v. UNITED STATES.  C. A. 10th Cir. Certiorari denied.

No. 90–6337.  FLOWERS v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 90–6488.  CROSSON v. OHIO.  Ct. App. Ohio, Delaware County.  Certiorari denied.

No. 90–6539.  GOODWIN v. COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 90–6607.  PITTS v. LOCKHART, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION.  C. A. 8th Cir.  Certiorari denied.

No. 90–7097.  PAITSEL v. BLACK ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 90–7109.  HERNANDEZ v. WOOTEN, WARDEN, ET AL. C. A. 10th Cir.  Certiorari denied.

No. 90–7131.  CASTLE v. DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS.  C. A. 6th Cir.  Certiorari denied.

No. 90–7204.  ALLEN v. UNITED STATES.  C. A. 6th Cir. Certiorari denied.